UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LYNNE KELLY CRUMP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:10-cv-03611-JOF |
| ) | |
| DELOITTE SERVICES LP, ) | |
| ) | |
| Defendant. ) | |

### **DEFENDANT'S NOTICE OF SERVICE OF SUBPOENAS**

Defendant Deloitte Services LP ("Deloitte") hereby notifies Plaintiff that the following individuals or entities have been or will be served with a subpoena for the production of documents: Accenture; ACS; AGL Resources, Inc.; Daughtery Business Solutions; Ernst & Young; Exxova; Fiserve; John Gavura; Lodestone Management Consultants; North Highland; and Randstad Staffing. Copies of the subpoenas are attached at Exhibit A.

This 16th day of May 2011.

Respectfully submitted,

s/ Scott B. Mario
Michael W. Johnston
Georgia Bar No. 396720
Scott B. Mario
Georgia Bar No. 558490

1

KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 572-4600 (telephone)
(404) 572-5100 (facsimile)
mjohnston@kslaw.com
smario@kslaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LYNNE KELLY CRUMP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:10-cv-03611-JOF |
| ) | |
| DELOITTE SERVICES LP, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2011, I electronically filed **DEFENDANT'S NOTICE OF SERVICE OF SUBPOENAS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record listed below:

>Cheryl B. Legare
>Edward D. Buckley
>Buckley & Klein, LLP
>Atlantic Center Plaza, Suite 1000
>1180 West Peachtree Street, N.W.
>Atlanta, Georgia 30309
>cblegare@buckleyklein.com
>edbuckley@buckleyklein.com

>s/ Scott B. Mario
>Scott B. Mario